July 25, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

MONZELLE LAVAN STEPTOE, Appellant

NO. 14-17-00243-CR            V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard the State's motion to dismiss the appeal from the order signed by the court below on March 20, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.